# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILLWORK DESIGN SOLUTIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CREATORS, INCORPORATED, et al.,<br><br>    Defendants. | Case No.: 1:21-cv-00573 DAD JLT<br><br>ORDER CLOSING THE CASE<br>(Doc. 5) |

The plaintiff has filed a voluntary dismissal with prejudice under Federal Rules of Civil Procedure Rule 41(a)(1(A)(1). (Doc. 5) Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **April 29, 2021**      **/s/ Jennifer L. Thurston**
                                                      CHIEF UNITED STATES MAGISTRATE JUDGE